**Order entered May 27, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00982-CV

### JOHNNY AGUINAGA, ET AL., Appellants

### V.

### JAT PROJECTS HOLDINGS TEXAS, LLC, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-10069**

## ORDER

Before the Court is appellees' May 26, 2021 unopposed motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **July 7, 2021**. We caution appellees that further extension requests will be disfavored.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE